IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| ANNETTE WALKER-GOGGINS, | * |
| Plaintiff, | * |
| v. | Case No. 4:22-CV-155-CDL-MSH |
| | * |
| SOCIAL SECURITY ADMINISTRATION, et al., | |
| | * |
| Defendants. | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated February 7, 2023, having accepted the recommendation of the United States Magistrate Judge, in its entirety, JUDGMENT is hereby entered dismissing this action.

This 7th day of February, 2023.

David W. Bunt, Clerk

s/ Terrie L. Potts, Deputy Clerk